**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **JEROME TIBBS,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 13-11095-DJC |
| **REBEKAH E. SAMUELS, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER**

**CASPER, J.**                                                                                                      January 17, 2014

On January 2, 2014, the Court received a letter [D. 49] from plaintiff Jerome Tibbs (W101466) in which he represents that the prison treasurer erroneously forwarded $82.00 from his institutional account to the Clerk. Tibbs claims that this amount is in excess of what is required under 28 U.S.C. § 1915(b)(2), and that now he does not have funds to purchase stamps, pens, paper, and other items.

In light of the plaintiff's representations, the Court hereby requests that the treasurer of the institution having custody of the plaintiff inform the Court, within twenty-one (21) days of the date of this order, whether the transmission of the $82.00 (which the Court received on December 26, 2013) or any portion thereof was in excess of what is required under 28 U.S.C. § 1915(b)(2). The Court also asks the treasurer to provide a prison account statement for the plaintiff for the period beginning August 19, 2013 through the present.

The Clerk shall send a copy of this order and the plaintiff's letter to the treasurer of the institution having custody of the plaintiff.

**So ordered.**

                                                                                           /s/ Denise J. Casper
                                                                                           United States District Judge